BEFORE THE THIRD DIVISION, MARCH 8, 1960

No. 63929.—Dreyfus Ashby & Co., Inc. *v.* United States, protest 58/18828 (New York).

Opinion by JOHNSON, J. It was stipulated that the facts and issues herein are similar in all material respects to those involved in *United States* v. *Browne Vintners Co., Inc.* (34 C.C.P.A. 112, C.A.D. 351) and that the one carton of liquor reported by the inspector as manifested, not found, was not in fact received by the importer. In accordance with stipulation of counsel and following the decision cited, it was held that duty and internal revenue tax are not assessable upon the one carton of liquor, which was reported by the inspector as manifested, not found. The protest was sustained to this extent.